**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

AUG 2 3 2022

BONNIE HACKLER
Clerk, U.S. District Court

By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | **SEALED** |
| v. | |
| WILLIAM LOGAN MORRIS, | **Case No.** |
| *Defendant.* | **22 CR 1 20 JFH** |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### ARSON IN INDIAN COUNTRY
### [18 U.S.C. §§ 81, 1151, & 1153]

On or about January 4, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **WILLIAM LOGAN MORRIS**, an Indian, did willfully, and maliciously set fire to, and burn, and attempt to set fire to, and burn, a building and dwelling, in violation of Title 18, United States Code, Sections 81, 1151, and 1153.

### COUNT TWO

### ARSON
### [18 U.S.C. § 844(i)]

On or about January 4, 2022, within the Eastern District of Oklahoma, the defendant, **WILLIAM LOGAN MORRIS**, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property, which was used in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

DERICK BLAKELY, TN Bar # 035422
Assistant United States Attorney

2