# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LOGAN MORRIS,<br><br>Defendant. | Case No. 22-CR-120-JFH |

## OPINION AND ORDER

This matter is before the Court on remand from the Tenth Circuit Court of Appeals, which held that restitution had been ordered without an adequate basis during Defendant's sentencing. Dkt. No. 73, 72. This Court referred the issue of proper restitution amount to Magistrate Judge Robertson. Dkt. No. 74.

Magistrate Judge Robertson, after an evidentiary hearing on the issue of restitution on September 30, 2024, issued a Report and Recommendation on October 24, 2024, holding that the appropriate restitution amount in this matter $17,791.00. Dkt. No. 82. No party has lodged any objection to the Report and Recommendation.

In the absence of any objection, the Court adopts in full Magistrate Judge Robertson's Report and Recommendation. Dkt. No. 82. The Judgment in this matter will be amended to reflect the proper restitution amount of $17,791.00.

Dated this 14th day of January 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE